# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Fennig,<br><br>       Plaintiff,<br><br>v.<br><br>Midway Chevrolet Company I LLC,<br><br>       Defendant. | No. CV-16-01740-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' Stipulation of Dismissal with Prejudice and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 25) is **GRANTED**. This action is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated this 31st day of October, 2016.

_____
Honorable Roslyn O. Silver
Senior United States District Judge